```
                              United States Bankruptcy Court
                                    District of Nevada
In re:                                                                  Case No. 19-12197-abl
PATRICE ANN MCCARTER                                                    Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0978-2           User: carruthnp              Page 1 of 3               Date Rcvd: Apr 12, 2019
                               Form ID: 309I                Total Noticed: 66


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2019.
db             +PATRICE ANN MCCARTER,    3392 PALVO ST.,    LAS VEGAS, NV 89121-4206
10760996       +Christopher Halcrow, Esq.,    8985 S. Eastern Avenue #200,    Las Vegas, NV 89123-4852
10760997       +Cnac/mi105,   Acct No xxx1688,    3227 S Westnedge,   Kalamazoo, MI 49008-2902
10761015       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0001,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761014       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0002,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761017       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0003,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761016       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0004,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761018       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0005,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761019       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0006,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761013       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0007,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761006       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0008,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761007       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0009,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761008       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0010,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761009       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0011,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761010       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0012,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761005       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0013,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761011       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0014,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761012       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0015,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761003       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0016,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761001       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0018,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761004       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0019,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761002       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0020,    Attn: Bankruptcy,    Po Box 69184,
                Harrisburg, PA 17106-9184
10761034       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0001,    Pob 60610,    Harrisburg, PA 17106-0610
10761033       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0002,    Pob 60610,    Harrisburg, PA 17106-0610
10761036       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0003,    Pob 60610,    Harrisburg, PA 17106-0610
10761035       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0004,    Pob 60610,    Harrisburg, PA 17106-0610
10761037       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0005,    Pob 60610,    Harrisburg, PA 17106-0610
10761038       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0006,    Pob 60610,    Harrisburg, PA 17106-0610
10761032       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0007,    Pob 60610,    Harrisburg, PA 17106-0610
10761025       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0008,    Pob 60610,    Harrisburg, PA 17106-0610
10761026       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0009,    Pob 60610,    Harrisburg, PA 17106-0610
10761027       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0010,    Pob 60610,    Harrisburg, PA 17106-0610
10761028       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0011,    Pob 60610,    Harrisburg, PA 17106-0610
10761029       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0012,    Pob 60610,    Harrisburg, PA 17106-0610
10761024       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0013,    Pob 60610,    Harrisburg, PA 17106-0610
10761030       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0014,    Pob 60610,    Harrisburg, PA 17106-0610
10761031       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0015,    Pob 60610,    Harrisburg, PA 17106-0610
10761022       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0016,    Pob 60610,    Harrisburg, PA 17106-0610
10761020       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0018,    Pob 60610,    Harrisburg, PA 17106-0610
10761023       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0019,    Pob 60610,    Harrisburg, PA 17106-0610
10761021       +FedLoan Servicing,    Acct No xxxxxxxxxxxx0020,    Pob 60610,    Harrisburg, PA 17106-0610
10761043        LVNV Funding/Resurgent Capital,    Acct No xxxxxxxxxxxx8405,    C/o Resurgent Capital Services,
                Greenville, SC 29602
10761044       +Nevada West Financial/,    Acct No xx1443,    6767 W Tropicana Ave,    Las Vegas, NV 89103-4754
10761046       +Sean Hillin Esq.,    1800 E. Sahara Ave., Ste 101 &102,    Las Vegas, NV 89104-3844
10761053       +Universal Acceptance/Car Hop Financing,    Acct No xx2159,    5900 Green Oak Dr Ste 10,
                Minnetonka, MN 55343-4708
10761051       +Universal Acceptance/Car Hop Financing,    Acct No xx2159,    Po Box 398104,
                Edina, MN 55439-8104
```

```
District/off: 0978-2           User: carruthnp              Page 2 of 3                   Date Rcvd: Apr 12, 2019
                               Form ID: 309I                Total Noticed: 66
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ghaines@hainesandkrieger.com Apr 13 2019 02:44:55     GEORGE HAINES,
                HAINES & KRIEGER, L.L.C.,    8985 S. EASTERN AVE.,    SUITE 350,    HENDERSON, NV  89123
tr             +E-mail/Text: ebn@lasvegas13.com Apr 13 2019 02:45:10      RICK A. YARNALL,
                701 BRIDGER AVE., #820,    LAS VEGAS, NV 89101-8943
10760991       +EDI: AARGON.COM Apr 13 2019 06:43:00      Aargon Agency,    Acct No xxxxxx6032,
                8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
10760990       +EDI: AARGON.COM Apr 13 2019 06:43:00      Aargon Agency,    Acct No xxxxxx6032,
                Attn: Bankruptcy Department,    8668 Spring Mountain Rd,    Las Vegas, NV 89117-4132
10760992       +E-mail/Text: caleb@langsdalelaw.com Apr 13 2019 02:45:25      Caleb J. Langsdale, Esq.,
                The Langsdale Law Firm, P.C.,    1800 E. Sahara Ave., Ste. 103,    Las Vegas, NV 89104-3732
10760994       +EDI: CAPITALONE.COM Apr 13 2019 06:43:00      Capital One,    Acct No xxxxxxxxxxxx0553,
                Po Box 30281,    Salt Lake City, UT 84130-0281
10760993       +EDI: CAPITALONE.COM Apr 13 2019 06:43:00      Capital One,    Acct No xxxxxxxxxxxx0553,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
10760995       +E-mail/Text: bk@checkcity.com Apr 13 2019 02:45:34      Check City,    4325 E Sunset Rd,
                Henderson, NV 89014-2238
10760999       +EDI: RCSFNBMARIN.COM Apr 13 2019 06:43:00      Credit One Bank,    Acct No xxxxxxxxxxxx8405,
                Po Box 98872,    Las Vegas, NV 89193-8872
10760998       +EDI: RCSFNBMARIN.COM Apr 13 2019 06:43:00      Credit One Bank,    Acct No xxxxxxxxxxxx8405,
                Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
10761000       +E-mail/Text: compliance@dontbebroke.com Apr 13 2019 02:45:30      Dollar Loan Center,
                6420 S Pecos Rd Suite A2,    Las Vegas, NV 89120-3294
10761039       +EDI: IIC9.COM Apr 13 2019 06:43:00      I C System Inc,    Acct No xxxx5218,    Attn: Bankruptcy,
                Po Box 64378,    St Paul, MN 55164-0378
10761040       +EDI: IIC9.COM Apr 13 2019 06:43:00      I C System Inc,    Acct No xxxx5218,    Po Box 64378,
                Saint Paul, MN 55164-0378
10761041        EDI: IRS.COM Apr 13 2019 06:43:00      IRS,   PO Box 7346,    Insolvency,
                Philadelphia, PA 19101-7346
10761042       +EDI: RESURGENT.COM Apr 13 2019 06:43:00      LVNV Funding/Resurgent Capital,
                Acct No xxxxxxxxxxxx8405,    Attn: Bankrutcy,    Po Box 10497,    Greenville, SC 29603-0497
10761045       +E-mail/Text: bankruptcy@speedyinc.com Apr 13 2019 02:45:05      Rapid Cash,
                1601 W Warm Springs Rd,    Henderson, NV 89014-4324
10761048        E-mail/Text: tidewaterlegalebn@twcs.com Apr 13 2019 02:45:03      Tidewater Finance Co,
                Acct No xxxxx4298,    6520 Indian River Rd,    Virginia Beach, VA 23464
10761047        E-mail/Text: tidewaterlegalebn@twcs.com Apr 13 2019 02:45:03      Tidewater Finance Co,
                Acct No xxxxx4298,    Attn: Bankruptcy,    6520 Indian River Rd,    Virginia Beach, VA 23464
10761050       +E-mail/Text: bankruptcydepartment@tsico.com Apr 13 2019 02:45:27      Transworld Sys Inc/33,
                Acct No xxxx7806,    500 Virginia Dr Ste 514,    Ft Washington, PA 19034-2707
10761049       +E-mail/Text: bankruptcydepartment@tsico.com Apr 13 2019 02:45:27      Transworld Sys Inc/33,
                Acct No xxxx7806,    Attn: Compliance Dept,    Po Box 15618,    Wilmington, DE 19850-5618
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10761052*      +Universal Acceptance/Car Hop Financing,    Acct No xx2159,    Po Box 398104,
                Edina, MN 55439-8104
10761054*      +Universal Acceptance/Car Hop Financing,    Acct No xx2159,    5900 Green Oak Dr Ste 10,
                Minnetonka, MN 55343-4708
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0978-2          User: carruthnp            Page 3 of 3            Date Rcvd: Apr 12, 2019
                              Form ID: 309I              Total Noticed: 66
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
          GEORGE   HAINES    on behalf of Debtor PATRICE ANN MCCARTER
           igotnotices@hainesandkrieger.com;r52542@notify.bestcase.com
          RICK A. YARNALL    ecfmail@LasVegas13.com,  ecfimport@lasvegas13.com
                                                                                                              TOTAL: 2

| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **PATRICE ANN MCCARTER** | | | Social Security number or ITIN | xxx–xx–2740 |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | | Social Security number or ITIN | _ _ _ _ |
| | First Name | Middle Name | Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Nevada** | | | Date case filed for chapter  13 | 4/11/19 |
| Case number: | 19–12197–abl | | | | |

Official Form 309I
Notice of Chapter 13 Bankruptcy Case                                                        12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | PATRICE ANN MCCARTER | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3392 PALVO ST.<br>LAS VEGAS, NV 89121 | |
| 4. | **Debtor's attorney**<br>Name and address | GEORGE HAINES<br>HAINES & KRIEGER, L.L.C.<br>8985 S. EASTERN AVE.<br>SUITE 350<br>HENDERSON, NV 89123 | Contact phone (702) 880–5554<br>Email ghaines@hainesandkrieger.com |
| 5. | **Bankruptcy trustee**<br>Name and address | RICK A. YARNALL<br>701 BRIDGER AVE., #820<br>LAS VEGAS, NV 89101 | Contact phone (702) 853–4500 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours 9:00 AM – 4:00 PM<br><br>Contact phone (702) 527–7000<br><br>Date: 4/12/19 |

**For more information, see page 2**

Debtor **PATRICE ANN MCCARTER**                                                                                                    Case number **19–12197–abl**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 21, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101** | |
|---|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/22/19** | |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/20/19** | |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/8/19** | |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** | 30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan** | Pursuant to local rules, the plan and the notice of confirmation hearing will be sent separately from this Notice. | | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | | |